**Order entered September 29, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00644-CV

**DALLAS POLICE RETIRED OFFICERS ASSOCIATION, Appellant**

**V.**

**DALLAS POLICE AND FIRE PENSION SYSTEM, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-11982**

### ORDER

Before the Court is appellant's September 27, 2022 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 7, 2022**.

/s/    KEN MOLBERG
           JUSTICE